**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00113-REB
(Civil Action No. 08-cv-02160-REB-KMT)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID GLENN COX,

    Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#38][1] filed April 4, 2011. No objections having been filed to the recommendation, I review it only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization Service**,* 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#38]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

1.  That the **Recommendation of United States Magistrate Judge** [#38], filed April 4, 2011, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the **Motion To Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody** [#30] filed October 6, 2008, is **DENIED**; and

3.  That there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2).

Dated May 6, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge